448 A.2d 1149

Reiser, Appellant v. State Farm Insurance.

Argued May 25, 1982.  Francis T. Flannery, for appellant;  Frederic David Rubin, for appellee.

Before BROSKY, WIEAND and BECK, JJ.

Order affirmed.

July 9, 1982.

448 A.2d 1149

Commonwealth v. Carr, Appellant.

Submitted December 1, 1981.  Robert Niels Tarman, Public Defender, for appellant;  William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and MONTEMURO, JJ.

Judgment of sentence affirmed.